**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

VICTORIA IMMEL and FAIR HOUSING PARTNERSHIP OF GREATER PITTSBURGH,

Plaintiffs,

v.

AMORE LIMITED PARTNERSHIP d/b/a AMORE MANAGEMENT COMPANY and FIFTH-NEVILLE APTS INC.;

Defendants.

Civil Action No. 2:16-cv-1465-NBF

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Victoria Immel and Fair Housing Partnership of Greater Pittsburgh, and Defendants Amore Limited Partnership d/b/a Amore Management Company and Fifth-Neville Apts Inc. hereby stipulate to the voluntary dismissal of this cause with prejudice.

DATED: December 12, 2017

Respectfully submitted,

*/s/ Carlos R. Diaz*
Carlos R. Diaz, Esq. (PA ID: 205177)
STEWART, MURRAY & ASSOCIATES LAW GROUP, LLC
437 Grant Street, Suite 600
Pittsburgh, PA 15219
Tel: (412) 765-3345
Fax: (412) 765-3356
cdiaz@smalawgroup.com

*Attorneys for Plaintiffs*

*/s/ Elly Heller-Toig*
Elly Heller-Toig, Esq.(PA ID: 33244)
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Tel: (412) 471-3490
Fax: (412) 391-8758
ehtoig@marcus-shapira.com

*Attorneys for Defendants*